IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

FILED
JUN 27 2002
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

[illegible]
*Enter the full name of the plaintiff in this action*

v. [illegible]
Union County [illegible]
[illegible]
United [illegible]
[illegible]
[illegible]
*Enter above the full name of defendant(s) in this action*

COMPLAINT

Civil Action No.: 3:02-2123-13BC
*(to be assigned by Clerk)*

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes______ No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

Plaintiff: N/A

Defendant(s): N/A

2. Court: N/A
*(If federal court, name the district; if state, name the county)*

3. Docket Number: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: N/A
*(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: ______



## II. PLACE OF PRESENT CONFINEMENT

*Name of Prison/Institution*: ___ Center ___

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ✓ No ___

C. If your answer is YES:

1. What steps did you take? ___ problem ___
2. What was the result? ___

D. If your answer is NO, explain why not: N/A

E. If there is no prison grievance procedure in this institution, did you complain to prison authorities? Yes ___ No ✓

F. If your answer is YES:

1. What steps did you take? N/A
2. What was the result? N/A

## III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Bryant ___ Inmate No.: ___

Address: Anderson ___

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Union ___ Position: ___

Place of Employment: ___

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

Lexington, Florence, ___ Anderson ___
___ Greenville ___
___

## IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

[illegible] be a Union [illegible] I talk [illegible] [illegible] [illegible] I was [illegible] taken [illegible] at the time. On July 24, [illegible] be taken [illegible] Carter [illegible] [illegible] [illegible] [illegible] I was taken back [illegible] [illegible] I started [illegible] [illegible] in De[illegible] [illegible] by the [illegible]

V. RELIEF

*State briefly and exactly what you want the court to do for you.*

[illegible] Anderson [illegible]
[illegible]
[illegible]
[illegible] board. The [illegible] guilty [illegible] my
[illegible]
[illegible]
[illegible] was the [illegible]. This [illegible]
[illegible] to me [illegible]

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* 7th *day of* June, 20[illegible].

[illegible signature]
*Signature of Plaintiff*